IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-864C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's Order of January 14, 2003, CEPOLK Limited Partnership ("CEPOLK") and the United States (collectively "the parties"), respectfully submit the following status report concerning the parties' efforts to amicably resolve this action.

Counsel arranged for the parties, including the Contracting Officer and representatives from the Department of Army, together with representatives of CEPOLK and its technical consultants, to meet to discuss the pending claims. On December 10, 2002, a day-long meeting was held that included a detailed briefing by CEPOLK on global resolution of issues arising out the Contract No. DACA87-93-R-0036, which is the subject of the pending litigation. The parties agreed to further settlement discussions based on submission of additional claim information by CEPOLK.

On or about March 18, 2003, CEPOLK submitted its revised claim, with supporting information, including detailed spreadsheets analyzing electrical consumption and cost savings, which are the subject of the parties' continuing settlement negotiations.

The Contracting Officer and her staff will reasonably require additional time to review this data.

In the event this matter is not resolved by agreement of the parties, on or before June 30, 2003, the parties will file a Status Report with the Court setting forth a proposed schedule for further proceedings until the resolution of this matter. Based on the recent information made available to the Contracting Officer, the parties continue to believe that this proposed schedule is consistent with the desire to handle this matter on an expedited basis, and possibly avoid unnecessary litigation.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVIS M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/Gerald M. Alexander (by Dorn C. McGrath III)

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

s/Dorn C. McGrath III

DORN C. McGRATH III
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102

(703) 749-1317 (telephone)
(703) 749-1301 (facsimile)

March 26, 2003

Attorneys for Plaintiff

129590v2