No. 02-864C

(Filed: April 1, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **CEPOLK LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

Pursuant to the Joint Status Report, filed on March 26, 2003, it is hereby ORDERED that the case shall remain stayed to allow the parties to continue their efforts to arrive at a settlement. If the case is not settled prior to June 30, 2003, the parties shall submit a joint status report by that date informing the Court of the status of the case.

s/ Chief Judge Edward J. Damich