**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CEPOLK LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 02-864C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

**In accordance with the Court's order dated April 1, 2003, CEPOLK Limited Partnership ("CEPOLK") and the United States (collectively "the parties"), respectfully submit the following status report concerning the parties' efforts to amicably resolve this matter.**

**The contracting officer is in the process of considering the revised claim CEPOLK submitted on or about March 18, 2003. The contracting officer has scheduled a meeting with representatives of CEPOLK for July 23 and 24, in order to attempt to resolve the claim. The parties remain hopeful that they will be able to amicably resolve this matter. Accordingly, the parties request that the Court continue the stay that is presently in effect.**

**In the event this matter is not resolved by agreement of the parties, on or before September 30, 2003, the parties will file a Status Report with the Court setting forth a proposed schedule for further proceedings for the resolution of this matter.**

**Respectfully submitted,**

**ROBERT D. McCALLUM, JR.**
**Assistant Attorney General**

**DAVIS M. COHEN**
**Director**

**DEBORAH A. BYNUM**
**Assistant Director**

**GERALD M. ALEXANDER**
**Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit**
**8th Floor**
**1100 L Street, N.W.**
**Washington, D.C. 20530**
**Tele: (202) 307-0361**
**Fax: (202) 514-7965**

**Attorneys for Defendant**

**s/Dorn C. McGrath III**

**DORN C. McGRATH III**
**Greenberg Traurig, LLP**
**1750 Tysons Boulevard**
**Suite 1200**
**McLean, Virginia 22102**
**(703) 749-1317 (telephone)**
**(703) 749-1301 (facsimile)**

**June 27, 2003** **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

**I certify under penalty of perjury that on this 27th day of June, 2003, I caused to be transmitted by electronic service, in accordance with General Order No. 2003-42, a copy of the "JOINT STATUS REPORT" to the following:**

**GERALD M. ALEXANDER**
**Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit**
**8th Floor**
**1100 L Street, N.W.**
**Washington, D.C. 20530**

**s/ Dorn C. McGrath III**

**147349v1**