IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-864C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's order dated June 30, 2003, CEPOLK Limited Partnership ("CEPOLK") and the United States (collectively "the parties"), respectfully submit the following status report concerning the parties' efforts to amicably resolve this matter.

The contracting officer is in the process of considering the revised claim CEPOLK submitted on or about March 18, 2003. The contracting officer has met with representatives of CEPOLK in an attempt to resolve the claim, and the parties remain hopeful that they will be able to amicably resolve this matter. Counsel met on September 26, 2003, and agreed to obtain additional data on an expedited basis to support a final settlement, if possible. The parties anticipate exchanging the data within the next several weeks. Accordingly, the parties request that the Court continue the stay that is presently in effect.

In the event this matter is not resolved by agreement of the parties, on or before November 30, 2003, the parties will file a Status Report with the Court setting forth a proposed schedule for further proceedings for the resolution of this matter.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVIS M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/GERALD M. ALEXANDER (by Dorn C. McGrath III)
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

s/Dorn C. McGrath III

DORN C. McGRATH III
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
(703) 749-1317 (telephone)
(703) 749-1301 (facsimile)

September 29, 2003

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of September, 2003, I caused to be transmitted by electronic service, in accordance with General Order No. 2003-42, a copy of the "JOINT STATUS REPORT" to the following:

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/Dorn C. McGrath III

154799v1