# In the United States Court of Federal Claims

No. 02-864C

(Filed: October 8, 2003)

| | |
|---|---|
| *********************************** | |
| | * |
| **CEPOLK LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to the parties' Joint Status Report of September 30, 2003, the stay in this case is extended until November 30, 2003. This stay is designed to allow parties to obtain and exchange data to facilitate a possible settlement of this case. If the case is not settled on or before November 30, parties will file a Joint Status Report on that date informing the Court of the status of the case.

s/ Chief Judge Edward J. Damich