IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-864C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's order dated October 8, 2003, CEPOLK Limited Partnership ("CEPOLK") and the United States (collectively "the parties"), respectfully submit the following status report concerning the parties' efforts to amicably resolve this matter.

The contracting officer has considered the revised claim CEPOLK submitted on or about March 18, 2003. The contracting officer has met with representatives of CEPOLK in an attempt to resolve this claim and related claims. Since the parties' last Joint Status Report of September 29, 2003, the parties have exchanged data and engaged in discussions in an effort to reach an amicable resolution of the claims. Based on continuing discussions, the parties have drafted settlement documents and are resolving the final terms of their proposed agreement. Accordingly, the parties request that the Court continue the stay that is presently in effect.

In the event this matter is not finally resolved by agreement of the parties, on or before January 31, 2004, the parties will file a Status Report with the Court setting forth a proposed schedule for further proceedings for the resolution of this matter.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVIS M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/GERALD M. ALEXANDER (by Dorn C. McGrath III)
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

s/Dorn C. McGrath III

DORN C. McGRATH III
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
(703) 749-1317 (telephone)
(703) 749-1301 (facsimile)

November 28, 2003

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of November, 2003, I caused to be transmitted by electronic service, in accordance with General Order No. 2003-42, a copy of the "JOINT STATUS REPORT" to the following:

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Dorn C. McGrath III