# In the United States Court of Federal Claims

No. 02-864C

(Filed: December 4, 2003)

| | |
|---|---|
| ************************************ | |
| | * |
| **CEPOLK LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

Pursuant to the parties' Joint Status Report of November 28, 2003, the stay in this case is extended until January 30, 2004. This stay is designed to allow the parties time to continue negotiations towards settlement of both this case and case No. 03-1684C. If the case is not settled on or before January 30, 2004, parties will file a Joint Status Report on that date informing the Court of the status of the case. This Joint Status Report may also be used to report on the status of case No. 03-1684C, and shall include a detailed summary of steps taken towards settlement.

s/ Chief Judge Edward J. Damich