IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-864C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to R.C.F.C. 41(a)(1)(i), plaintiff hereby dismisses this action, with prejudice, and without costs, attorney fees, or expenses against any party.

Respectfully submitted,

s/Dorn C. McGrath III

DORN C. McGRATH III
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
(703) 749-1317 (telephone)
(703) 749-1301 (facsimile)

Attorney for Plaintiff

January 24, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 24th day of January, 2004, I caused to be transmitted by electronic service, in accordance with General Order No. 2003-42, a copy of the NOTICE OF DISMISSAL WITH PREJUDICE to the following:

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/Dorn C. McGrath III

Dorn C. McGrath III

\\TCO-srv01\163699v01